Tyrone MORTON, Plaintiff—Appellant,

v.

Sergeant FIELDS, Aiken County Detention Center; Eddie Smith, Officer at Aiken County Detention Center; Officer Hall, Aiken County Detention Center, Defendants—Appellees.

No. 05–6605.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 27, 2005.

Tyrone Morton, Appellant pro se. William Henry Davidson, II, Barton Jon Vincent, Davidson, Morrison & Lindemann, Columbia, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Morton appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morton v. Fields,* No. CA–04–1185–2–RBH (D.S.C. Mar. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*